

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-12-00166-CV

TRAVIS HAZLEWOOD, APPELLANT

V.

S. GARY WERLEY, APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2011-000239-1, Honorable Don Pierson, Presiding

July 9, 2013

# ORDER REINSTATING APPEAL

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

By order dated May 8, 2013, in response to a *Suggestion of Bankruptcy* filed by Appellant, Travis Hazlewood, this Court abated the appeal pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure. Pending before this Court is a *Motion to Reinstate* the appeal filed by Appellee, S. Gary Werley. Attached to the motion is an order from the United States Bankruptcy Court for the Northern District of Texas Fort Worth Division lifting the automatic stay to allow the parties to move forward with this appeal. We grant the motion and reinstate the appeal. *See* TEX. R. APP. P. 8.3(a).

The appellate record and briefs have all been filed and the appeal has been submitted on the briefs.  Accordingly, the appeal will proceed in due course.

Per Curiam